**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

XUEQIN ZHANG,

Petitioner,

v. No. 2:26-cv-02033-MLG-JFR

Mary De Anda-Ybarra, in her official capacity as Director of U.S. Immigration and Customs Enforcement and Removal Operations, El Paso Field Office; Markwayne Mullin, in his official capacity as Secretary of Homeland Security; Todd Blanche, in his official capacity as Acting Attorney General of the United States; and Dora Castro, in her official capacity as Warden of the Otero County Processing Center,

Respondents.

**ORDER DENYING MOTION TO DISMISS**

This matter is before the Court on Petitioner's Notice of Removal and Suggestion of Mootness, Doc. 11, which requests that the Court dismiss the verified petition for writ of habeas corpus ("Petition"), Doc. 1, as moot. Accordingly, the Court interprets the notice of removal as a motion to dismiss and refers to it as such. Although the Petition would likely be rendered moot by Petitioner Xueqin Zhang's deportation, it is not apparent that Zhang has been removed from the United States. *See* Doc. 11 at 1 (stating that Zhang has either "been removed from the United States pursuant to a valid final order of removal, *or is imminently to be so removed*" (emphasis added)). Given this uncertainty, the Court cannot conclude the Petition is moot. If Zhang has not already been deported, the Court could grant effective relief by ordering Zhang's release from detention. *See Kansas Jud. Rev. v. Stout*, 562 F.3d 1240, 1246 (10th Cir. 2009) ("When it becomes impossible

for a court to grant effective relief, a live controversy ceases to exist, and the case becomes moot." (citation omitted)). Zhang's motion to dismiss as moot, Doc. 11, is therefore denied.

If Zhang is deported prior to the hearing on November 20, 2026, counsel may file a renewed motion to dismiss with evidence of Zhang's removal attached. Until then, however, the Court will not vacate the hearing and Zhang's counsel will be required to attend.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA